IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DIANE HENDRICKS
and HENDRICKS HOLDING COMPANY, INC.,

    Plaintiffs,                                                    Case No. 20-cv-779-jdp

    v.

DONALD L. REED,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that the court declines to exercise jurisdiction over plaintiffs' request for declaratory judgment and judgment is entered dismissing this case.

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | October 13, 2020 |
| Peter Oppeneer, Clerk of Court | Date |